**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLENN BOSWORTH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No. EDCV 13-0348 DMG (SS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge.  The time for filing Objections to the Report and Recommendation has passed and no Objections have been received.  Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\

1    **IT IS ORDERED** that Defendants' Motion to Dismiss the Second Amended Complaint is DENIED.

4    **IT IS FURTHER ORDERED** that this action shall proceed on Plaintiff's negligence claim against the United States under the Federal Tort Claims Act.

8    The Clerk of the Court is directed to serve copies of this Order on Plaintiff at his current address of record and on counsel for Defendant.

DATED: August 17, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE