JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BOSWORTH, <br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | Case No.: ED CV 13-00348 DMG (SSx) <br><br> **JUDGMENT** |

This Court having filed its Findings of Fact and Conclusions of Law following a three-day bench trial [Doc. # 269],

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant United States of America and against Plaintiff Glenn Bosworth as to all claims.

DATED: June 20, 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE